\_\_\_ FILED \_\_\_ ENTERED  Case 1:20-mj-02106-TMD   Document 2   Filed 08/17/20   Page 1 of 5
\_\_\_ LOGGED \_\_\_\_ RECEIVED

**7:52 am, Aug 17 2020**                                                    1:20-mj-2106 TMD
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY crp_____Deputy

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

This affidavit is submitted in support of a criminal complaint charging

**Michael J. Fisher**
DOB: 03/24/1974
Black, Male
12228 Apache Tears Circle
Laurel, Maryland, 20708

with conspiracy to distribute and to possess with the intent to distribute 500 grams or more of cocaine and attempted possession with the intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 846.

### I. AFFIANT.

I, Michael Pecukaitis, Inspector with United States Postal Inspection Service ("USPIS"), do state as follows:

1. I am an Inspector with USPIS, and have been so employed since February 2016. I am therefore investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer authorized by law investigate offenses enumerated in 18 U.S.C. § 2516. I'm currently assigned to the Maryland Narcotics Team. Prior to becoming an Inspector with USPIS, I was a special agent for the United States Capitol Police, Washington, D.C., for almost twelve years.

2. During my employment with law enforcement, I have investigated and assisted in the investigation of numerous narcotics violations, including those that have led to the arrests of narcotics dealers. In the course of conducting these investigations, I have been involved in the use of the following investigative techniques: conducting physical surveillance; conducting short-term undercover operations; arranging consensual monitoring and recording of telephonic communications; analyzing telephone pen register and caller identification data; and executing

1

search warrants that have led to substantial seizures of narcotics, firearms, and other contraband. I have also received training and gained experience with interview techniques, arrest procedures, and search warrant applications.

## II. STATEMENT OF FACTS AND CIRCUMSTANCES

3. In November 2019, the Maryland State Police ("MSP"), Drug Enforcement Administration ("DEA"), and United States Postal Inspection Service ("USPIS") initiated an investigation targeting a Drug Trafficking Organization ("DTO") operating in the Baltimore, MD, metropolitan area. Information obtained by law enforcement revealed that a member of this DTO, positively identified to law enforcement as MICHAEL J. FISHER; DOB: 03/24/1974; was using the U.S. Mail to ship and receive CDS to multiple locations in Maryland.

4. In May 2020, during interdiction activities at the USPS Southern Maryland Processing and Distribution Center in Capitol Heights, MD, postal inspectors interdicted multiple U.S. Mail parcels including a Priority U.S. Mail parcel with tracking number 9505 5141 4199 0139 4748 45—SUBJECT PARCEL, which was sent from Buena Park, CA and was addressed to "Timoy Hutchinson, 9323 Player Drive, Laurel, MD 20708." The interdiction activities were not related to the ongoing investigation of FISHER's DTO. During the course of this investigation, 9323 Player Drive, Laurel, MD, was identified as a stash and delivery location maintained by FISHER and other members of his DTO. On numerous occasions during this investigation, FISHER was observed by investigators accessing the inside of 9323 Player Drive.

5. On May 22, 2020, the Honorable Charles B. Day, U.S. Magistrate Judge for the U.S. District Court for the District of Maryland authorized a search warrant for eight USPS parcels including the SUBJECT PARCEL. On May 26, 2020, postal inspectors executed the search warrant on the SUBJECT PARCEL and recovered 2017.1 +/- 1.6 grams of a white, powdery

substance compressed in brick form that the USPIS Forensic Laboratory Services determined to contain cocaine hydrochloride.

6. On May 30, 2020, the Honorable George L. Russell, III authorized the interception of wire and electronic communications to and from cellular telephone numbers (667) 212-1850—FISHER TT1 and (443) 216-8792—FISHER TT2 (*see* Case No. 20-158 - Under Seal). Law enforcement intercepted data from FISHER TT1 and FISHER TT2 from May 30, 2020 to June 28, 2020.

7. On June 3, 2020 law enforcement intercepted a telephone call between FISHER, and an individual identified to law enforcement as Patrick BONNER. During the course of the intercepted telephone call, FISHER and BONNER agreed to meet at a Dunkin Donuts, located at 1741 Dorsey Road, Hanover, MD 21076. At approximately 2:49 p.m., FISHER drive through the parking lot and parked near Dunkin Donuts. At approximately 2:56 p.m., a black Mazda four door bearing Pennsylvania registration tag number KTL8277 pulled up next to FISHER's vehicle. FISHER's vehicle and the Mazda drove in tandem from the Dunkin Donuts parking lot onto Dorsey Road, where both FISHER's vehicle and the Mazda stopped on the shoulder of the road. BONNER exited the Mazda and walked towards FISHER's vehicle. BONNER walked back from FISHER's vehicle towards the trunk of the Mazda and placed an object into the left side of the Mazda's trunk. BONNER returned to the driver's seat of the Mazda and departed the area. Investigators maintained surveillance of BONNER to a residence in Towson, MD.

8. At approximately 5:55 p.m., BONNER got in the driver's seat of the Mazda and departed the area. Investigators maintained surveillance of BONNER. At approximately 6:30 p.m., Maryland State Police Trooper McNeely conducted a traffic stop on BONNER for exceeding the posted speed limit on I-95 in Perryville, MD. The operator of the vehicle identified himself with

a Florida Driver's License as "Elton Earl Gordon," with the date of birth of November 13, 1970. No one else was in the vehicle.

9. Indicators of criminal activity were observed, to include a single key in the ignition, a third party vehicle with Pennsylvania registration, the operator utilizing a Florida Driver's License, the presence of a masking agent (specifically men's cologne) used by traffickers to mask the odor of CDS, and conflicting stories as to the origin and purpose of the trip. Sergeant Connolly and K-9 "Akita" conducted an exterior free-air narcotic canine sniff during the normal business needs of the traffic stop. K-9 Akita is certified as a narcotics detection K-9. The result was a positive alert to the odor of narcotics. Investigators conducted a probable cause search of the vehicle, and Trooper McNeely seized a heat sealed bag containing a pink block substance, suspected to be cocaine. It should be noted that the gray plastic bag investigators observed placed into the truck by the unknown female was not the bag containing the suspected cocaine. Rather, the suspected cocaine was in a package located on the left side of the trunk, which is consistent with where investigators observed BONNER placing an object after investigators observed BONNER exit his Mazda and walk towards FISHER's vehicle. Given the possibility that suspected narcotics in powder form can contain fentanyl, which can be deadly, field testing of the suspected cocaine was not conducted. Trooper McNeely arrested BONNER and transported BONNER to the Maryland State Police Barracks in Perryville, MD for processing. The weight of the suspected cocaine was approximately 531 grams, which your affiant knows to be a quantity indicative of distribution and not for personal use.

10. Based on the foregoing, there is probable cause to believe that MICHAEL J. FISHER, is in violation of 21 U.S.C. § 846, conspiracy to distribute and to possess with intent to

1:20-mj-2106 TMD

distribute 500 grams or more of cocaine and attempted possession with intent to distribute 500 grams or more of cocaine.

I, Michael Pecukaitis, affirm under penalties of perjury that the facts and circumstances recounted are true and accurate to the best of my knowledge, information and belief.

_____
Michael Pecukaitis
Inspector
United States Postal Inspection Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this \_\_14\_\_ day of August, 2020.

_____
Honorable Thomas M. DiGirolamo
United States Magistrate Judge